## LINDA AYRES *v.* UNITED METHODIST HOME OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 927 (AC 15132), is denied.

*Linda Ayres*, pro se, in support of the petition.

Decided October 16, 1997

## GORDON MANNWEILER ET AL. *v.* CHARLES LAFLAMME ET AL.

The petition by the defendants Charles LaFlamme, Robert LaFlamme and David Apicella for certification to appeal from the Appellate Court, 46 Conn. App. 525 (AC 15265), is denied.

*Vincent T. McManus, Jr.*, in support of the petition.

*Edward G. Fitzpatrick*, in opposition.

Decided October 16, 1997